UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANN ARBOR CENTER FOR INDEPENDENT
LIVING INC., et al.,

    Plaintiff,

No. 05-60116
Hon. John Corbett O'Meara

v.

CITY OF YPSILANTI, MICHIGAN

    Defendant.

_____/

## ORDER DISMISSING STATE LAW CLAIMS

Plaintiffs filed suit against the City of Ypsilanti. Counts I and II allege violations of federal statutes protecting individuals with disabilities. Count III alleges a violation of a Michigan statute. Diversity jurisdiction does not exist. This court declines to exercise supplemental jurisdiction over Count III. See United Mine Workers v. Gibbs, 383 U.S. 715 (1966); 28 U.S.C. § 1367(c). Accordingly, pursuant to 18 U.S.C. § 1367(c), Count III is **DISMISSED.**

                                  s/John Corbett O'Meara
                                  John Corbett O'Meara
                                  United States District Judge

Dated: June 24, 2005